IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BETTY FRANKLIN,

    Plaintiff,

v.                                                    CIV 12-1167 KBM

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law entered this day following a non-jury trial held June 10-13, 2014, the Court hereby enters final judgment under Rule 58 of the Federal Rules of Civil Procedure in favor of Defendant and against Plaintiff and dismisses this action with prejudice.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent